

**FILED**
AUG - 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 23 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 986**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS"
PRODUCTS LIABILITY LITIGATION*

*Edwin Atcherian, Jr. v. Bayer Corp., et al.*, N.D. California, C.A. No. 3:07-279)  07CV4348
*Jeffrey Matze v. Bayer Corp., et al.*, N.D. California, C.A. No. 3:07-397        Grady

**CONDITIONAL TRANSFER ORDER (CTO-95)**

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 252 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 13 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ THELMA MURRY-SYKES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: AUGUST 2, 2007

INVOLVED COUNSEL LIST (CTO-95)
DOCKET NO. 986
IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS" PRODUCTS
LIABILITY LITIGATION

Richard L. Berkman
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Kevin E. Davis
O'Connor, Cohn, Dillon & Barr
2405 16th Street
San Francisco, CA 94103-4210

Sara J. Gourley
Sidley Austin, LLP
One South Dearborn Street
Bank One Plaza
Chicago, IL 60603

Geoffrey R.W. Smith
Geoffrey R.W. Smith Law Offices
1350 I Street, N.W.
Suite 900
Washington, DC 20005

Kevin Stack
Knapp, Peterson & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203-1904

John J. Uustal
Sheldon J. Schlesinger, P.A.
1212 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316